IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEANETTE LOPEZ,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.
_____/

No. C 07-01984 WHA

**ORDER DENYING STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

The Court has received parties' joint stipulation to extend by one month the time for plaintiff to file her motion for summary judgment. Good cause not shown, parties' stipulation is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE